JAMES C. CHAMBERS, Appellant, *v.* WILLIAM H. APPLETON
et al., Respondents.

(Argued October 7, 1885 ; decided October 27, 1885.)

*W. A. Beach* for appellant.

*Edward W. Paige* for respondents.
SICKELS — VOL. LV.            78

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.